# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HARVEY BIGELSEN, M.D.,                              3:04-cv-00534-HDM-RAM

    Plaintiff,

    vs.                                             **ORDER**

F. FULLER ROYAL, DAN ROYAL, DAVID A. EDWARDS, DIANE KENNEDY, PHILLIP MINTON, R. BRENT HARDY, VALERIE KILGORE and JANIE GREENSPAN, in their individual capacities and in their capacity as the Homeopathy Board of Nevada,

    Defendants.
_____/

    The plaintiff's Request for Reconsideration (Doc. #39) is DENIED. In its Order of September 13, 2005, this court considered the pleadings, evidence, and all other relevant matters of record.

    It is so ORDERED.

    Dated this 12th day of December, 2005.

_____
SENIOR U.S. DISTRICT JUDGE